IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID GEORGE CHANDLER,**　　　　　　　　　　　　　　CV 04-1751-ST

　　　　**Plaintiff,**　　　　　　　　　　　　　　　　　　ORDER

v.

**SHARON BLACKETTER,**

　　　　**Defendant.**


**DAVID GEORGE CHANDLER**
#14387170
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, OR  97801

　　　　Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**LYNN DAVID LARSEN**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Or  97310
(503) 378-6313

　　　　Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#7) on August 19, 2005, in which she recommended this Court deny Petitioner David George Chandler's Petition for Writ of Habeas Corpus (#1) and dismiss this matter on the ground it was not timely filed. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#7). Accordingly, the Court **DENIES** the Petition for Writ of Habeas Corpus (#1) and **DISMISSES** this matter **with prejudice**.

2 - ORDER

IT IS SO ORDERED.

DATED this 26th day of September, 2005.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge